IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHARON HENSLEY                                                PLAINTIFF

      v.          Civil No. 05-5082

LENDERS TITLE CO., an
Arkansas Corporation                                          DEFENDANT

## **O R D E R**

Currently before the Court is the parties' **Joint Motion for Protective Order (Doc. 6).** A protective order appears to be unwarranted, as the parties are in agreement regarding the confidentiality of the subject information. Accordingly, the motion is **DENIED.**

IT IS SO ORDERED this 28th day of September 2005.

                                                          _____
                                                          /S/JIMM LARRY HENDREN
                                                          UNITED STATES DISTRICT JUDGE